IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RYAN FREEMYER,

    Plaintiff,

v.                                     No. 2:22-cv-453 GBW/KRS

MICHAEL LOPEZ, Sheriff's Deputy,
and BOARD OF COUNTY COMMISSIONERS OF
DONA ANA COUNTY,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on August 25, 2022, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE